| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Baldock, Bobby R | 2. Court or Organization U.S. Court of Appeals-10th Cir | 3. Date of Report 3/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address P.O. Box 2388 Roswell, New Mexico 88202-2388 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

COPY

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom   - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Alliance Defense Fund-The Blackstone Fellowship, Phoenix, Arizona | Seminar (Transportation, Meals & Lodging - August 5-7, 2003) |
| 2. | Oak Brook College, Oklahoma City, OK | Graduation Speaker - Transportation, Meals & Lodging (April 11-13, 2003) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch IRA, (Items (a) through (g)) | | | | | | | | | |
| 2. (a) XCEL | C | Dividend | L | T | | | | | |
| 3. (b) Aim Weingarten (Mutual Fund) | C | Dividend | K | T | | | | | |
| 4. (c) Lord Abbett (Mutual Fund) US Government Securities | B | Dividend | K | T | | | | | |
| 5. (d) ING Small Cap (Mutual Fund) | A | Dividend | J | T | | | | | |
| 6. (e) Franklin Inves. Sec. TR Equity Income (Mutual Fund) | A | Dividend | K | T | | | | | |
| 7. (f) Merrill Lynch Retirement Reserves | B | Interest | K | T | | | | | |
| 8. (g) (Withdrawal) | E | Distribution | K | T | | | | | |
| 9. Hunker Commune (El Paso, Navajo, Western Oil, Mewbourne Oil) | A | Royalty | J | W | | | | | |
| 10. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 11. Stock in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 12. ████████ minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 13. Silver and Silver Coins | | None | J | T | | | | | |
| 14. Gold Coins | | None | J | T | | | | | |
| 15. Navajo, Hockley County, TX | A | Royalty | J | W | | | | | |
| 16. Pioneer Savings Bank | A | Interest | J | T | | | | | |
| 17. Pioneer Savings Bank | B | Interest | L | T | | | | | |
| 18. Working Interest in Hodges - Hockley County, TX (X) | A | Royalty | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baldock, Bobby R | 3/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 19. Working Interest in Jeffers - Hockley County, TX (X) | A | Royalty | J | T | | | | | |
| 20. Working Interest in Pair - Hockley County, TX (X) | A | Royalty | J | T | | | | | |
| 21. Working Interest in Reed - Hockley County, TX (X) | A | Royalty | J | T | | | | | |
| 22. Working Interest in White - Hockley County, TX (X) | A | Royalty | J | T | | | | | |
| 23. Cash Value Life Insurance, Charlotte, NC (X) | A | Interest | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Merrill Lynch IRA. The assets held in this IRA are identified as items (a) through (g).

Item 9: This is the same Eddy County property as shown in previous reports, however, Mewbourne Oil now has an interest covering a portion of the property. There was not enough space in which to put the location of the property as Eddy County after I added Mewbourne Oil.

Item 15: Item 15 from last year's report, Bank of America, has been deleted. No interest is paid so there is no income.

Items 18 through 22 were acquired in 2003 and are being added.

Item 23: This report reflects Extra Ordinary Life life insurance policies issued. I neglected to report this earlier because I did not realize that life insurance policies were reportable investments. Upon re-reading the instructions for last year's form, there was reflected an amendment regarding the reporting of 'cash value' policies. I examined the matter further, realized that the policies have a 'cash value' component, and am therefore reporting them. The gross value as reported in Column C is the total value of the policies, which have both whole life and term components. The cash value of the policies is in the $15,000-50,000 range.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date _3-27-04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544